IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pope, Angela

Printed: 10/7/08

Case Number: 05 B 00935
Judge: Wedoff, Eugene R
Filed: 2/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 1, 2008
Confirmed: May 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 17,965.24 |  |
| Secured: |  | 2,795.95 |
| Unsecured: |  | 13,163.08 |
| Priority: |  | 60.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 877.34 |
| Other Funds: |  | 1,068.87 |
| Totals: | 17,965.24 | 17,965.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Portfolio Recovery Associates | Secured | 2,795.95 | 2,795.95 |
| 2. | Ronald R Peterson, Trustee | Priority | 60.00 | 60.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 50.00 | 50.00 |
| 4. | Lobel Financial | Unsecured | 7,911.91 | 7,911.91 |
| 5. | Portfolio Recovery Associates | Unsecured | 5,201.17 | 5,201.17 |
| 6. | Bank One | Unsecured | | No Claim Filed |
| 7. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 8. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 9. | Nicor Gas | Unsecured | | No Claim Filed |
| 10. | Miller Chevrolet | Unsecured | | No Claim Filed |
| 11. | Pay Day Loans | Unsecured | | No Claim Filed |
| 12. | Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| 13. | T Mobile USA | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 16,019.03 | $ 16,019.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 40.58 |
| 5.5% | 202.61 |
| 5% | 57.47 |
| 4.8% | 144.22 |
| 5.4% | 336.06 |
| 6.5% | 96.40 |
|  | _____ |
|  | $ 877.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Pope, Angela

Printed:  10/7/08

Case Number:  05 B 00935
Judge:  Wedoff, Eugene R
Filed:  2/15/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____